# Exhibit A

**Helen Esparza**

**From:** Catherine Naltsas
**Sent:** Monday, December 8, 2025 10:11 AM
**To:** L. Timothy Fisher
**Cc:** Emma Goolsby; Joshua Glatt; Joshua Wilner
**Subject:** RE: RiseWell- Motion for Attorneys Fees Meet and Confer

Tim,
My client rejects your offer of $15,000 as it is well below what the Court indicated it would be inclined to award. We disagree that the Court has been wrong in its Orders on the Motion to Dismiss, and on the first Motion for Attorney's Fees. Due to Bursor & Fisher's unreasonably low offer, we regret that our client has to incur additional fees to recover amounts it had to needlessly spend in this matter, which was unsupported by the facts and the law.
Catherine

Catherine A. Naltsas
Shareholder | Chief Financial Officer
Office Direct: (213) 532-7004 Office Main: (213) 624-8700

LYNBERG & WATKINS

1150 S. Olive St. , Suite 1800
Los Angeles, California 90015
www.lynberg.com www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.

**From:** Catherine Naltsas
**Sent:** Wednesday, December 3, 2025 10:24 AM
**To:** L. Timothy Fisher <ltfisher@bursor.com>
**Cc:** Emma Goolsby <egoolsby@lynberg.com>; Joshua Glatt <jglatt@bursor.com>; Joshua Wilner <jwilner@bursor.com>
**Subject:** RE: RiseWell- Motion for Attorneys Fees Meet and Confer

Tim,
This will confirm our discussion today that Bursor & Fisher's position is that the Court has been wrong on a number of accounts, and further plans to appeal any fee award. However, in the interest of compromise, Bursor has offered RiseWell $15,000. This will also confirm that I communicated to you that your offer is far below what the Court indicated it would grant in terms of fees, and that I have no authority to accept such an offer at that low amount, but that I will communicate the offer to my client and let you know our response.
Catherine

Catherine A. Naltsas
Shareholder | Chief Financial Officer
Office Direct: (213) 532-7004 Office Main: (213) 624-8700

LYNBERG & WATKINS

1150 S. Olive St. , Suite 1800
Los Angeles, California 90015
www.lynberg.com www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.

**From:** L. Timothy Fisher <ltfisher@bursor.com>
**Sent:** Wednesday, November 26, 2025 9:35 AM
**To:** Catherine Naltsas <cnaltsas@lynberg.com>
**Cc:** Emma Goolsby <egoolsby@lynberg.com>; Joshua Glatt <jglatt@bursor.com>; Joshua Wilner <jwilner@bursor.com>
**Subject:** Re: RiseWell- Motion for Attorneys Fees Meet and Confer

CAUTION: This email originated from outside of Lynberg & Watkins. Do not click any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

OK.

Tim

--

L. Timothy Fisher
Bursor & Fisher, P.A.
1990 North California Blvd., 9th Floor
Walnut Creek, California 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

PRIVILEGED COMMUNICATION
This email may contain confidential material or other matter protected by the attorney-client privilege. Unless you are the addressee (or are authorized to receive this email for the addressee), you may not copy, use or distribute it. If you receive this email in error, please contact the sender immediately and permanently delete the email from any and all storage devices under your control.

On Wed, Nov 26, 2025 at 7:21 AM Catherine Naltsas <cnaltsas@lynberg.com> wrote:

> Tim, let's plan for December 3 at 10:15. Thanks.

On Nov 25, 2025, at 6:54 PM, L. Timothy Fisher <ltfisher@bursor.com> wrote:

CAUTION: This email originated from outside of Lynberg & Watkins. Do not click any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

Dear Catherine:
We are available to speak on Tuesday, December 2 except between 2-3 p.m. and 4-5 p.m. or on Wednesday, December 3 between 10:15 a.m. and 12:30 p.m. Let us know if there are any times that work for you on those days.

Tim
--
L. Timothy Fisher
Bursor & Fisher, P.A.
1990 North California Blvd., 9th Floor
Walnut Creek, California 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

PRIVILEGED COMMUNICATION
This email may contain confidential material or other matter protected by the attorney-client privilege. Unless you are the addressee (or are authorized to receive this email for the addressee), you may not copy, use or distribute it. If you receive this email in error, please contact the sender immediately and permanently delete the email from any and all storage devices under your control.

On Tue, Nov 25, 2025 at 9:27 AM Catherine Naltsas <cnaltsas@lynberg.com> wrote:

Tim,

We have received and reviewed the Court's order of this morning. Please let me know when you are available to meet and confer, and possibly resolve this issue. For the purpose of attempting to compromise, our position, which is consistent with the Court's Order is that fees incurred for this action (Watkins II) would likely be the responsibility of Plaintiff. While not waiving these arguments, for the purpose of resolving this matter on behalf of my client, we would be willing to forgo fees incurred in Watkins I, although our position remains that that identical claim is subject to the same arguments.

By our calculations, the fees incurred in Watkins II through August 2025 is $123,224.50. We also maintain that we are entitled to the costs bill, for which we have not received a ruling from the Court. We would, of course, like to come to an agreement that does not involve my client incurring additional attorneys' fees to pursue these fees.

Please let me know your availability. Have a nice Thanksgiving holiday.

Catherine

Catherine A. Naltsas

Shareholder | Chief Financial Officer
Office Direct: (213) 532-7004 Office Main: (213) 624-8700

<image001.jpg>

1150 S. Olive St. , Suite 1800
Los Angeles, California 90015
www.lynberg.com www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.