# EXHIBIT C

| Name | Catherine Natlsas | R. Jeff Carlisle | Tamara Heathcote | Ryane Skinner | Sara Chayra | Emma Goolsby | Gena Barning | Ashley Mun |
|---|---|---|---|---|---|---|---|---|
| Title | Partner | Partner | Partner | Associate | Paralegal | Associate | Paralegal | Law Clerk |
| Billing Rate | $ 515.00 | $ 515.00 | $ 515.00 | $ 375.00 | $ 210.00 | $ 210.00 | $ 210.00 | $ 210.00 |
| Task | | | | | | | | |
| Compl. and Pre-Compl. Investigation | | | | 0.2 | | | | |
| Discovery | 11.1 | | 31 | | 7.5 | | | |
| Motion to Dismiss Complaint | 48.7 | 2.6 | 0.2 | 11.8 | 7.6 | | | |
| Motion to Dismiss First Amended Complaint | 24.1 | | | 0.7 | 3.7 | | | 16.9 |
| Rule 11 FAC | 43.1 | | | 16.5 | | | | 9.6 |
| Motion for Attorneys Fees | 14.9 | | | 7 | 4 | | | |
| Renewed Motion for Attorney's fees | 15.7 | 10 | | | 13 | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Anticipated Reply on Renewed Motion | 10 | | | | | | | |
| Rule 23 Class Cert. Issues | 0.9 | | | | | 9.9 | | |
| Rule 26 Report | 1.4 | | | | | | | |
| Settlement Efforts | 16.4 | | | | | | 2.1 | |
| Total Hours | 186.3 | 12.6 | 31.2 | 36.2 | 35.8 | 9.9 | 2.1 | 26.5 |
| Total Fees | $ 95,944.50 | $ 6,489.00 | $ 16,068.00 | $ 13,575.00 | $ 7,518.00 | $ 2,079.00 | $ 441.00 | $ 5,565.00 |

TOTAL $ 147,679.50